# EXHIBIT A

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA
SUBPOENA DUCES TECUM-INVESTIGATION

POLICE CASE NUMBER: PD170804295007

STATE OF FLORIDA V. In Re: INVESTIGATION

Subpoena # 18-460

TO ALL AND SINGULAR THE SHERIFFS OF THE STATE OF FLORIDA:

We command you to summon, Hammocks Community Association Inc, Custodian of Records, 9020 Hammocks Blvd, Miami, FL 33196
to be and appear before the State Attorney of the Eleventh Judicial Circuit of Florida, located at the E.R. Graham Building, 1350 Northwest 12th Avenue, Miami, Florida, 33136 1st Floor, Reception Area, (please bring a photo I.D.) on Friday, the 21st, day of December 2018, at 9:00 am, (see Mary Ernst, Assistant State Attorney, phone: (305) 994-1011), to bring with him (her or them) and produce for inspection the following: **Please See Attached**. In lieu of appearance, please attach a copy of this subpoena along with the completed certification of business records to the records and mail them to the attention of: **Detective, Ivette Perez**, at Miami-Dade Police Department, Economic Crimes Bureau, 9105 N.W. 25 Street, Doral, FL 33172.

YOU ARE NOT TO DISCLOSE THE EXISTENCE OF THIS REQUEST. TO DO SO WOULD BE A VIOLATION OF SECTION 896.101(10), FLA. STAT. (2000). ANY SUCH DISCLOSURE COULD IMPEDE THE INVESTIGATION BEING CONDUCTED AND THEREBY INTERFERE WITH THE ENFORCEMENT OF THE LAW. (SEE ATTACHED NOTICE).

Persons with a disability who require reasonable accommodations should call the number listed above, or for the hearing impaired call 1-800-955-8771 (Florida Relay Service).

And this you shall in no wise omit.

WITNESS, the Clerk of said Court, and the seal of said Court at Miami, Miami-Dade County, Florida, this the 21st, day of November, 2018.

By: E. Gonzalez
Deputy Clerk for the Clerk of the Court

RECEIVED this Subpoena on this the 30 day of November, 2018, and executed the same on the 30 day of November, 2018, by delivering a true copy thereof to the witness named above, as follows, to wit:

MARGILI GALLEGO

SHERIFF, MIAMI-DADE COUNTY FLORIDA

By: Sgt. Nicole Donnelly 2521
☒ Deputy Sheriff  ☐ State Attorney Investigator

WITNESS INSTRUCTIONS: PLEASE BRING THIS NOTIFICATION WITH YOU

Hammocks Community Association Inc, Custodian of Records, 9020 Hammocks Blvd, Miami, FL 33196

A. Copies of contracts for goods and/or services between Hammocks Community Association and/or any sub associations within the Hammocks Community Association and any of the following entities: 1) Normili Landscaping Corp,; 2) Excellent Services and Work, LLC ; 3) Rubby Express International Corp, ; 4) KP Assurance S.I.U. Services Inc. between January 1, 2015 and present; 5) Compufix between January 1, 2015 and present; 6) Greenwise Group between January 1, 2015 and present; 7) HR Autoservice LLC between January 1, 2015 and present; 8) MC Dana Group between January 1, 2015 and present; 9) Turf Management between January 1, 2015 and present

[handwritten margin note: "underlying MOPO does not have"]

B. Copies of any and all invoices received by Hammocks Community Association and/or any sub association within the Hammocks Community Association for any materials and/or services from 1) Normili Landscaping Corp,; 2) Excellent Services and Work, LLC ; 3) Rubby Express International Corp, ; 4) KP Assurance S.I.U. Services Inc between January 1, 2015 and present; 5) Compufix between January 1, 2015 and present; 6) Greenwise Group between January 1, 2015 and present; 7) HR Autoservice LLC between January 1, 2015 and present; 8) MC Dana Group between January 1, 2015 and present; 9) Turf Management between January 1, 2015 and present;

C. Copies of billing statements received by Hammocks Community Association and/or any sub associations within the Hammocks Community Association for materials or services provided by ) Normili Landscaping Corp,; 2) Excellent Services and Work, LLC ; 3) Rubby Express International Corp, ; 4) KP Assurance S.I.U. Services Inc 5) Compufix between January 1, 2015 and present; 6) Greenwise Group between January 1, 2015 and present; 7) HR Autoservice LLC between January 1, 2015 and present; 8) MC Dana Group between January 1, 2015 and present; 9) Turf Management between January 1, 2015 and present;

D. List any and all credit card accounts held by Hammocks Community Association from January 1, 2015 to present

E. List any and all individuals authorized to use credit cards belonging to Hammocks Community Association from January 1, 2015 to present.

F. Copies of credit card statements received by Hammocks Community Association from January 1, 2015 to present.

G. Copies of any and all minutes from community association meetings regarding payment of any and all credit card accounts held by Hammocks Community Association between January 1, 2015 to present.

H. Copies of any and all minutes from community association meetings regarding approval of contracts between Hammocks Community Association and/or any sub associations within the Hammocks Community Association and any of the following entities: 1) Normili Landscaping Corp,; 2) Excellent Services and Work, LLC ; 3) Rubby Express International Corp, ; 4) KP Assurance S.I.U. Services Inc. between January 1, 2015 and present; 5)

Compufix between January 1, 2015 and present; 6) Greenwise Group between January 1, 2015 and present; 7) HR Autoservice LLC between January 1, 2015 and present; 8) MC Dana Group between January 1, 2015 and present; 9) Turf Management between January 1, 2015 and present;

I. List of all employees past and present, who were employed with Hammocks Community Association between January 1, 2015 and present to include their titles, duties, dates of employment and reasons for termination. Copies of all personnel files and employment applications of all employees who were employed with Hammocks Community Association between January 1, 2015 and present.

J. Copies of all contracts and/or documentation regarding loans made by Hammocks Community Association to the residents, employees, and board members between January 1, 2015 and present

K. Copies of all contracts and/or documentation regarding arrangements and payment methods to address past due assessments and association fees of residents of the Hammocks Community Association between January 1, 2015 and present