# EXHIBIT B

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA
SUBPOENA DUCES TECUM-INVESTIGATION

POLICE CASE NUMBER: PD170804295007

STATE OF FLORIDA V. In Re: INVESTIGATION                                    Subpoena # 20-173

**TO ALL AND SINGULAR THE SHERIFFS OF THE STATE OF FLORIDA:**

We command you to summon, **Custodian of Records, Hammocks Community Association Inc., Alfaro and Fernandez, PA 5801 NW 151 Street, Suite 305, Miami Lakes, FL 33014** to be and appear before the State Attorney of the Eleventh Judicial Circuit of Florida, located at the E.R. Graham Building, 1350 Northwest 12th Avenue, Miami, Florida, 33136 1st Floor, Reception Area, (**please bring a photo I.D.**) on Friday, the 27th, day of March 2020, at 9:00 am, (see Mary Ernst, Assistant State Attorney, phone: (305) 994-1027), to bring with him (her or them) and produce for inspection the following: **(Please see Attached).** In lieu of appearance, please attach a copy of this subpoena along with the completed certification of business records to the records and mail them to the attention of: **Detective, Ivette Perez, at 9105 NW 25th Street, Suite 3122, Miami, Fl 33172.**     YOU ARE NOT TO DISCLOSE THE EXISTENCE OF THIS REQUEST. TO DO SO WOULD BE A VIOLATION OF SECTION 896.101(10), FLA. STAT. (2000). ANY SUCH DISCLOSURE COULD IMPEDE THE INVESTIGATION BEING CONDUCTED AND THEREBY INTERFERE WITH THE ENFORCEMENT OF THE LAW. (SEE ATTACHED NOTICE).

Persons with a disability who require reasonable accommodations should call the number listed above, or for the hearing impaired call 1-800-955-8771 (Florida Relay Service).

And this you shall in no wise omit.

WITNESS, the Clerk of said Court, and the seal of said Court at Miami, Miami-Dade County, Florida, this the 5th, day of March, 2020.

By: _____
Deputy Clerk for the Clerk of the Court

RECEIVED this Subpoena on this the _____ day of _____, 2020, and executed the same on the _____ day of _____, 2020, by delivering a true copy thereof to the witness named above, as follows, to wit:

_____

SHERIFF, MIAMI-DADE COUNTY FLORIDA

By: _____
☒ Deputy Sheriff   ☐ State Attorney Investigator

**WITNESS INSTRUCTIONS: PLEASE BRING THIS NOTIFICATION WITH YOU**

N538, Tracey, 3350, ECU, ASA initials ___

1096 - Document1|TS

**Appendix**

Please provide the following items pursuant to subpoena duces tecum number _20-173___:

1. Any and all contracts between Hammocks Community Association, Inc and the following entities from January 1, 2017 until present date:
    a. Nikiti Trade Equipment International Rental, Inc.
    b. Okeechobee Auto & Boat Rescue Loans, Inc.
    c. Excellent Work & Services, LLC.
    d. Excellent Services & Work, LLC.
    e. Coco Tree Service Corp.
    f. Worldwide Business Solutions Corp.

2. Any and all records of services rendered by the following entities to Hammocks Community Association, Inc. from January 1, 2017 until present date:
    a. Nikiti Trade Equipment International Rental, Inc.
    b. Okeechobee Auto & Boat Rescue Loans, Inc.
    c. Excellent Work & Services, LLC.
    d. Excellent Services & Work, LLC.
    e. Coco Tree Service Corp.
    f. Worldwide Business Solutions Corp.

3. Any and all invoices and/or requests for payment provided to Hammocks Community Association, Inc. by the following entities from January 1, 2017 until present date:
    a. Nikiti Trade Equipment International Rental, Inc.
    b. Okeechobee Auto & Boat Rescue Loans, Inc.
    c. Excellent Work & Services, LLC.
    d. Excellent Services & Work, LLC.
    e. Coco Tree Service Corp.
    f. Worldwide Business Solutions Corp.

4. Records of payments made by Hammocks Community Association, Inc. (including wire and ACH transfers, copies of checks, and copies of HOA credit card statements) to any of the following entities from January 1, 2017 until present date:
    a. Nikiti Trade Equipment International Rental, Inc.
    b. Okeechobee Auto & Boat Rescue Loans, Inc.
    c. Excellent Work & Services, LLC.
    d. Excellent Services & Work, LLC.
    e. Coco Tree Service Corp.
    f. Worldwide Business Solutions Corp.



## STATE ATTORNEY
ELEVENTH JUDICIAL CIRCUIT OF FLORIDA
E. R. GRAHAM BUILDING
1350 N.W. 12TH AVENUE
MIAMI, FLORIDA 33136-2111

KATHERINE FERNANDEZ RUNDLE
STATE ATTORNEY

TELEPHONE (305) 547-0100

March 5, 2020

Re: State v. In Re: INVESTIGATION
Police Case No: PD170804295007

### NOTICE TO FINANCIAL INSTITUTION RECIPIENTS OF STATE ATTORNEY SUBPOENAS NON-DISCLOSURE PROVISION

You have been specifically ordered not to disclose the existence of this subpoena pursuant to Section 896.101(10), Fla. Stat. (2000). That statute mandates that if any subpoena issued under the authority granted by Section 27.04, Fla. Stat. (2000) contains a nondisclosure provision, any financial institution, licensed money transmitter, employee or officer of a financial institution or licensed money transmitter, or any other person may not notify, directly or indirectly, any customer of that financial institution or licensed money transmitter whose records are being sought by the subpoena, or any other person named in the subpoena, about the existence or the contents of that subpoena or about information that has been furnished to the state attorney who issued the subpoena or other law enforcement officer named in the subpoena in response to the subpoena. The same statute also provides that any financial institution, licensed money transmitter, or other person served with and complying with the terms of a subpoena issued under the authority granted by Section 27.04, Fla. Stat. (2000), obtained in furtherance of an investigation of any crime listed as specified unlawful activity under The Florida Money Laundering Act, has immunity from criminal liability and shall not be liable to any person for any lawful action taken in complying with the subpoena issued under the authority granted by Section 27.04, Fla. Stat. (2000).

The Right to Financial Privacy Act, 12 U.S.C. s. 3402, does not apply to state and local governments. Disclosure of financial records to state and local governments is regulated, if at all, by state law. *See U.S. v. Zimmerman*, 957 F.Supp 94 (N.D.W.V. 1997) *citing* H.R. Rep. No. 95-1383, at 247 (1978), *reprinted in* 1978 U.S.C.C.A.N. 9273, 9376.

This subpoena is issued pursuant to the authority granted under Section 27.04, Fla. Stat. (2000) which states that the state attorney shall have summoned all witnesses required on behalf of the state; and he or she is allowed the process of his or her court to summon witnesses from throughout the state to appear before the state attorney in or out of term time at such convenient places in the state attorney's judicial circuit and at such convenient times as may be designated in the summons, to testify before him or her as to any violation of the criminal law upon which they may be interrogated, and he or she is empowered to administer oaths to all witnesses summoned to testify by the process of his or her court or who may voluntarily appear before the state attorney to testify as to any violation or violations of the criminal law.

If you have any questions concerning this non-disclosure provision, please contact the assistant state attorney whose name appears on the front of the subpoena.



# STATE ATTORNEY
ELEVENTH JUDICIAL CIRCUIT OF FLORIDA
E. R. GRAHAM BUILDING
1350 N.W. 12TH AVENUE
MIAMI, FLORIDA 33136-2111

KATHERINE FERNANDEZ RUNDLE
STATE ATTORNEY

TELEPHONE (305) 547-0100

March 5, 2020

Custodian of Records
Hammocks Community Association Inc.
Alfaro and Fernandez PA
5801 NW 151 Street
Suite 305
Miami Lakes, FL 33014

Re: Investigation

Dear Custodian of Record:

The attached Subpoena, police case number **PD170804295007** has been issued by this office pursuant to an investigation being conducted by Detective Ivette Perez, with the Miami Dade Police Department.

Payment for these records is the responsibility of the requesting agency. **PLEASE FORWARD ALL BILLS TO:**

Attention: Detective Ivette Perez, Miami Dade Police Department
Police Case #: **PD170804295007**
9105 NW 25th Street
Suite 3122
Miami, FL 33172

If you have any questions, please call Det. Ivette Perez at 305-994-1027 Email: U303199@mdpd.com.

Sincerely,

KATHERINE FERNANDEZ RUNDLE
State Attorney

By: _____
Mary Ernst
Assistant State Attorney

1096 - Document1|TS



# STATE ATTORNEY

ELEVENTH JUDICIAL CIRCUIT OF FLORIDA
E. R. GRAHAM BUILDING
1350 N.W. 12TH AVENUE
MIAMI, FLORIDA 33136-2111

**KATHERINE FERNANDEZ RUNDLE**
STATE ATTORNEY

TELEPHONE (305) 547-0100
www.miamiSAO.com

March 5, 2020

Re: Certification of Subpoenaed Records

Dear Custodian of Records:

As you may be aware, on some occasions the production of business records by a records custodian of a corporation is followed by the necessity of live testimony at trial or hearing by that same records custodian or another designated records custodian. The live testimony is sometimes required by law to enter the subpoenaed documents into evidence.

Recent changes to Florida law allow some business records to be admitted into evidence without the need for live testimony when the records are provided along with a certification, such as the one attached hereto. When permitted, therefore, these certifications could avoid the need for live testimony by a custodian of records at a trial or hearing.

In an effort to move the requested records into evidence without the need for live testimony, please complete the attached "Certification," if true and accurate, and return it along with the requested records. If you have any questions regarding the form or about the subpoena, please contact me. Thank you for your anticipated cooperation.

Sincerely,

KATHERINE FERNANDEZ RUNDLE
State Attorney

By: _____
Mary Ernst
Assistant State Attorney

1096 - Document1|TS

# CERTIFICATION OF CUSTODIAN OF RECORDS OF REGULARLY CONDUCTED BUSINESS ACTIVITIES

Pursuant to Fla. Stat. §90.803(6)(a) & (c), § 90.902(11), § 92.60(2), and/or § 92.605(5)

The undersigned declarant hereby declares, certifies, verifies or states the following:

I, _____, am a duly authorized officer and/or custodian of
     **Print Name**

records for _____ with authority to execute this
      **Company Name**

affidavit and to certify to the authenticity and accuracy of the records of regularly conducted business activities which are the subject of this certification.

The records produced herewith, and described below, are original documents or are true copies of records of a regularly conducted business activity that:

 a) Were made at or near the time of the occurrence of the matters set forth by, or from the information transmitted by, a person having knowledge of those matters;
 b) Were kept in the course of the regularly conducted business activity; and
 c) Were made as a regular practice in the course of the regularly conducted business activity.

The total number of pages produced are (_____). The records provided are described and identified as follows (please enter any internal reference number or identification information and/or description below):

_____

_____

_____

**I declare under the penalty of perjury of the state or country in which this certification is made that the foregoing is true and correct.**

_____  _____
    **Date**           **Signature of Affiant/Declarant**

Before me, the undersigned authority, personally appeared _____,
                   **Print Name**
who, being by me first duly sworn deposes and says that this certification is true and correct. The foregoing instrument was acknowledged under oath before me this _____ day of _____, 20\_\_\_ , by the individual whose name and signature appear above, and who _____ is personally known to me, or _____ produced the following identification _____ (ID Type and Number)

            _____
            **Signature of Notary Public in and for**

            State of _____

            City/County of _____