# COMPOSITE EXHIBIT 1

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

In Re: Hammocks Community Association Inc.

Case No. F21-13390
Division 02

## ORDER DENYING HAMMOCKS' COMMUNITY ASSOCIATION INC.'S
## MOTION TO QUASH SUBPOENA AND MOTION FOR PROTECTIVE ORDER

THIS CAUSE having come before this Court on September 1, 2021, on the Court's Rule to Show

Cause as to why Hammocks Community Association Inc. (the "Association") should not be held in contempt

of court for its failure to respond to the State's Subpoena 21-48 issued in State v. In Re Investigation,

Investigation Number ECD-21-12.

The court reviewed the Association's Motion to Quash Subpoena and Motion for Protective Order, the

State's Response, the court file, and is fully advised in the premises.  The court denies the Association's Motion

for the reasons stated on the record.

IT IS HEREBY ORDERED AND ADJUDGED that:

1.      The Association shall provide to the State all responsive documents, as limited by the court,

for inspection and copying no later than October 1, 2021.

2.      The Association shall provide a certification of regularly conducted business activities and

must certify: that the records produced are original documents or are true copies of records of a regularly

conducted business activity that were made at or near the time of the occurrence of the matters set forth by, or

from the information transmitted by, a person having knowledge of those matters; were kept in the course of

the regularly conducted business activity; and were made as a regular practice in the course of the regularly

conducted business activity.

3.      The Association may recover costs in accordance with § 92.153, Fla. Stat.

DONE AND ORDERED in Miami-Dade County, Florida, this 14ᵗʰ day of September 2021.

MARLENE A. FERNANDEZ-KARAVETSOS
CIRCUIT JUDGE

**EXHIBIT**

**1**

# Third District Court of Appeal

### State of Florida

Opinion filed March 16, 2022.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D21-1973
Lower Tribunal No. F21-13390

————————————

## Hammocks Community Association, Inc.,
Petitioner,

vs.

## State of Florida,
Respondent.

On Petition for Writ of Certiorari from the Circuit Court for Miami-Dade County, Marlene Fernandez-Karavetsos, Judge.

Rasco Klock Perez & Nieto, and Hilton Napoleon, II, for petitioner.

Ashley Moody, Attorney General, and Asad Ali, Assistant Attorney General, for respondent.

Before EMAS, HENDON and BOKOR, JJ.

PER CURIAM.

Because the petitioner, Hammocks Community Association, Inc., fails to show irreparable harm, we dismiss the petition for lack of jurisdiction. <u>See</u> <u>Walgreen Co. v. Rubin</u>, 229 So. 3d 418, 420-21 (Fla. 3d DCA 2017) (setting forth elements of certiorari relief, including a departure from the essential requirements of the law and a showing of irreparable harm); <u>see also</u> <u>Topp</u> <u>Telecom, Inc. v. Atkins</u>, 763 So. 2d 1197, 1200 (Fla. 4th DCA 2000) ("It seems clear to us that the mere fact of unwarranted effort and expense is not, by itself, synonymous with a 'departure from the *essential* requirements of law' [e.s.] for which immediate review is necessary."); <u>Killinger v.</u> <u>Guardianship of Grable</u>, 983 So. 2d 30, 32 (Fla. 5th DCA 2008) ("While certiorari may be used to review pre-trial orders compelling discovery, it is generally not appropriate simply based on an argument that the discovery request is overbroad, irrelevant, or burdensome.").