# EXHIBIT 2

 

Expand All

| Case Number | Filed Date | Disposition Date | County | Case Type | Status | Contested |
|---|---|---|---|---|---|---|
| 132021CF0055940001XX [F21005594] | 03/31/2021 | | MIAMI-DADE | FELONY | OPEN | No |

| Charge Seq # | Description | Date | Phase | Trial |
|---|---|---|---|---|
| 00001 | GRAND THEFT 2ND DEG/20K><100K | 04/14/2021 | Prosecutor:Filed | Jury Trial |
| 00002 | ORGANIZED FRAUD/$50,000 OR MORE | 01/31/2022 | Prosecutor:Nolle Prosequi | No Trial |
| 00003 | GRAND THEFT 2ND DEG/20K><100K | 04/14/2021 | Prosecutor:Filed | Jury Trial |
| 00004 | ORGANIZED FRAUD/$20,000 OR MORE, LESS THAN $50,000 | 04/14/2021 | Prosecutor:Filed | Jury Trial |
| 00005 | ORGANIZED FRAUD/$20,000 OR MORE, LESS THAN $50,000 | 04/14/2021 | Prosecutor:Filed | Jury Trial |
| 00006 | GRAND THEFT 3RD DEGREE/BEFORE 10/1/19 | 04/14/2021 | Prosecutor:Filed | Jury Trial |
| 00007 | GRAND THEFT 3RD DEGREE/BEFORE 10/1/19 | 04/14/2021 | Prosecutor:Filed | Jury Trial |
| 00008 | GRAND THEFT 3RD DEGREE/BEFORE 10/1/19 | 04/14/2021 | Prosecutor:Filed | Jury Trial |

| Party Name | | Party Type | Attorney | Bar ID |
|---|---|---|---|---|
| VIZCAINO, DIANA | | JUDGE | | |
| QUINON, JOSE M | | DEFENDANT ATTORNEY | | |
| ERNST, MARY | | STATE ATTORNEY | | |
| GALLEGO, MARGLLI | Search This Party | DEFENDANT | QUINON, JOSE MANUEL | 201944 |

**Dockets**

Page : 1    ALL

| Image | Doc # | Action Date | Description | Pages |
|---|---|---|---|---|
| | 179 | 08/01/2022 | NOTICE OF UNAVAILABILITY OF COUNSEL<br>MARY ERNST,A.S.A. | |
| | 178 | 07/19/2022 | DEPOSITION OF:<br>DETECTIVE IVETTE PEREZ-(VOL. I) | |
| | 177 | 07/19/2022 | DEPOSITION OF:<br>DETECTIVE IVETTE PEREZ-(VOL.II) | |
| | 176 | 07/19/2022 | STATE'S RESPONSE TO DEFENDANT'S<br>SECOND MOTION FOR STATEMENT OF PARTICULARS | |
| | 175 | 07/15/2022 | MOTION   FOR STATEMENT OF PARTICULAR & DISCOVERY<br>FILED  07/13/2022<br>SET FOR  07/20/2022  AT  11:17   GRANTED | |
| | 174 | 07/15/2022 | NOTICE OF HEARING<br>JULY 20, 2022 | |
| | 173 | 07/13/2022 | MOTION TO/FOR:<br>FOR STATEMENTS OF PARTICULARS (SECOND AMENDED) | |
| | 172 | 06/28/2022 | MOTION TO WITHDRAW<br>FRANK QUINTERO | |
| | 171 | 06/22/2022 | TRIAL            HEARING SCHEDULED FOR   11/14/2022 AT 09:15 | |
| | 170 | 06/22/2022 | REPORT    RE: FELONY SOUNDING<br>   SET FOR  11/03/2022  AT  09:20 | |
| | 169 | 06/16/2022 | NOTICE ISSUED TO: DEFN/ATTY/BNDM HRG DATE 06/22/2022 REPORT | |
| | 168 | 06/16/2022 | NOTICE ISSUED TO: DEFN/ATTY/BNDM HRG DATE 06/22/2022 REPORT | |
| | 167 | 06/15/2022 | REPORT    RE: TRIAL DATE<br>   SET FOR  06/22/2022  AT  09:15 | |
| | 166 | 06/15/2022 | REPORT    RE: STATUS<br>   SET FOR  06/22/2022  AT  09:15 | |
| | 165 | 05/27/2022 | NOTICE ISSUED TO: DEFN/ATTY/BNDM HRG DATE 06/15/2022 REPORT | |
| | 164 | 05/27/2022 | NOTICE ISSUED TO: DEFN/ATTY/BNDM HRG DATE 06/15/2022 REPORT | |
| | 163 | 05/26/2022 | MOTION   FOR CONTINUANCE<br>FILED  05/26/2022      ORAL<br>SET FOR  05/26/2022  AT  10:55   GRANTED                    STIP | |
| | 162 | 05/26/2022 | REPORT    RE: TRIAL DATE<br>   SET FOR  06/15/2022  AT  09:15 | |
| | 161 | 05/26/2022 | REPORT    RE: STATUS<br>   SET FOR  06/15/2022  AT  09:15 | |
| | 160 | 05/18/2022 | NOTICE OF UNAVAILABILITY OF COUNSEL<br>RICK HERMIDA, ESQ | |
| | 159 | 05/16/2022 | NOTICE ISSUED TO: DEFN/ATTY/BNDM HRG DATE 06/06/2022 TRIAL | |
| | 158 | 05/09/2022 | E-SUBPOENA: PASCUAL, AMBER              ID: 030-08871<br>FOR: TRIAL            ON 06/06/2022 AT 09:15  ISSUED BY: CJIS<br>SENT: 05/09/2022 RECD/NOTFD:           ACKN: 05/09/2022    S | |
| | 157 | 05/09/2022 | E-SUBPOENA: MILLER, RENEE               ID: 030-08057<br>FOR: TRIAL            ON 06/06/2022 AT 09:15  ISSUED BY: CJIS<br>SENT: 05/09/2022 RECD/NOTFD: 05/09/2022 ACKN: 05/11/2022    S | |
| | 156 | 05/09/2022 | E-SUBPOENA: LEON, ZASHA                 ID: 030-07579<br>FOR: TRIAL            ON 06/06/2022 AT 09:15  ISSUED BY: CJIS<br>SENT: 05/09/2022 RECD/NOTFD: 05/11/2022 ACKN: 05/23/2022    S | |

**EXHIBIT 2**

| Image | Doc # | Action Date | Description | Pages |
|---|---|---|---|---|
| | 155 | 05/09/2022 | E-SUBPOENA: RAMIREZ, ALBERT                ID: 030-07270<br>FOR: TRIAL         ON 06/06/2022 AT 09:15  ISSUED BY: CJIS<br>SENT: 05/09/2022 RECD/NOTFD: 05/11/2022 ACKN: 05/11/2022   S<br>SENT:            RECD/NOTFD:            ACKN: 05/12/2022   S<br>SENT:            RECD/NOTFD:            ACKN: 05/13/2022   S<br>SENT:            RECD/NOTFD:            ACKN: 05/24/2022   S<br>SENT:            RECD/NOTFD:            ACKN: 05/25/2022   S | |
| | 154 | 05/09/2022 | E-SUBPOENA: RIVERO, KRISTINA               ID: 030-07206<br>FOR: TRIAL         ON 06/06/2022 AT 09:15  ISSUED BY: CJIS<br>SENT: 05/09/2022 RECD/NOTFD:            ACKN: 05/11/2022   S | |
| | 153 | 05/09/2022 | E-SUBPOENA: COBO, LEONEL                   ID: 030-06658<br>FOR: TRIAL         ON 06/06/2022 AT 09:15  ISSUED BY: CJIS<br>SENT: 05/09/2022 RECD/NOTFD: 05/10/2022 ACKN: 05/11/2022   S<br>SENT:            RECD/NOTFD:            ACKN: 05/18/2022   S<br>SENT:            RECD/NOTFD:            ACKN: 05/19/2022   S | |
| | 152 | 05/09/2022 | E-SUBPOENA: RODRIGUEZ, NOEL                ID: 030-05598<br>FOR: TRIAL         ON 06/06/2022 AT 09:15  ISSUED BY: CJIS<br>SENT: 05/09/2022 RECD/NOTFD: 05/10/2022 ACKN: 05/10/2022   S | |
| | 151 | 05/09/2022 | E-SUBPOENA: MATHIS, ELTON                  ID: 030-04846<br>FOR: TRIAL         ON 06/06/2022 AT 09:15  ISSUED BY: CJIS<br>SENT: 05/09/2022 RECD/NOTFD: 05/10/2022 ACKN: 05/11/2022   S | |
| | 150 | 05/09/2022 | E-SUBPOENA: BAROSELA, JAIRO                ID: 030-04754<br>FOR: TRIAL         ON 06/06/2022 AT 09:15  ISSUED BY: CJIS<br>SENT: 05/09/2022 RECD/NOTFD: 05/10/2022 ACKN: 05/11/2022   S<br>SENT:            RECD/NOTFD:            ACKN: 06/03/2022   S | |
| | 149 | 05/09/2022 | E-SUBPOENA: MARTINEZ, ARMANDO              ID: 030-04500<br>FOR: TRIAL         ON 06/06/2022 AT 09:15  ISSUED BY: CJIS<br>SENT: 05/09/2022 RECD/NOTFD: 05/09/2022 ACKN: 05/11/2022   S | |
| | 148 | 05/09/2022 | E-SUBPOENA: LUFFI, CARLOS                  ID: 030-04096<br>FOR: TRIAL         ON 06/06/2022 AT 09:15  ISSUED BY: CJIS<br>SENT: 05/09/2022 RECD/NOTFD: 05/09/2022 ACKN: 05/23/2022   S | |
| | 147 | 05/09/2022 | E-SUBPOENA: CERDA, CANDIDO                 ID: 030-03448<br>FOR: TRIAL         ON 06/06/2022 AT 09:15  ISSUED BY: CJIS<br>SENT: 05/09/2022 RECD/NOTFD: 05/09/2022 ACKN: 05/31/2022   S | |
| | 146 | 05/09/2022 | E-SUBPOENA: RODRIGUEZ, GABRIEL             ID: 030-03411<br>FOR: TRIAL         ON 06/06/2022 AT 09:15  ISSUED BY: CJIS<br>SENT: 05/09/2022 RECD/NOTFD: 05/09/2022 ACKN: 05/31/2022   S | |
| | 145 | 05/09/2022 | E-SUBPOENA: PEREZ, IVETTE                  ID: 030-03199<br>FOR: TRIAL         ON 06/06/2022 AT 09:15  ISSUED BY: CJIS<br>SENT: 05/09/2022 RECD/NOTFD: 05/09/2022 ACKN: 05/23/2022   S | |
| | 144 | 05/09/2022 | E-SUBPOENA: TOMPKINS, TRACY                ID: 030-02809<br>FOR: TRIAL         ON 06/06/2022 AT 09:15  ISSUED BY: CJIS<br>SENT: 05/09/2022 RECD/NOTFD: 05/09/2022 ACKN: 05/10/2022   S | |
| | 143 | 05/09/2022 | E-SUBPOENA: DOMINGUEZ, LUIS                ID: 030-01056<br>FOR: TRIAL         ON 06/06/2022 AT 09:15  ISSUED BY: CJIS<br>SENT: 05/09/2022 RECD/NOTFD: 05/09/2022 ACKN: 05/25/2022   S | |
| | 142 | 05/05/2022 | NOTICE ISSUED TO: DEFN/ATTY/BNDM HRG DATE 05/26/2022 REPORT | |
| | 141 | 03/10/2022 | NOTICE OF TAKING DEPOSITION | |
| | 140 | 03/03/2022 | NOTICE OF TAKING DEPOSITION | |
| | 139 | 03/03/2022 | TRIAL          HEARING SCHEDULED FOR  06/06/2022 AT 09:15<br>TRIAL HEARING RESET | |
| | 138 | 03/03/2022 | MOTION   FOR CONTINUANCE<br>FILED  03/03/2022    ORAL<br>SET FOR  03/03/2022  AT  16:35  GRANTED                     STIP | |
| | 137 | 03/03/2022 | REPORT    RE: FELONY SOUNDING<br>     SET FOR  05/26/2022  AT  09:20 | |
| | 136 | 03/02/2022 | NOTICE OF UNAVAILABILITY OF COUNSEL<br>FRANK QUINTERO,JR. | |
| | 135 | 03/01/2022 | AMENDED DISCOVERY<br>EXHIBIT | |
| | 134 | 02/22/2022 | NOTICE ISSUED TO: DEFN/ATTY/BNDM HRG DATE 03/14/2022 TRIAL | |
| | 133 | 02/18/2022 | NOTICE OF UNAVAILABILITY OF COUNSEL<br>FRANK QUINTERO JR. | |
| | 132 | 02/17/2022 | NOTICE ISSUED TO: DEFN/ATTY/BNDM HRG DATE 03/03/2022 REPORT | |
| | 84 | 02/16/2022 | REPORT    RE: FELONY SOUNDING<br>     SET FOR  03/03/2022  AT  09:20 | |
| | 131 | 02/16/2022 | NOTICE OF TAKING DEPOSITION<br>CANCELLATION | |
| | 130 | 02/14/2022 | NOTICE OF TAKING DEPOSITION | |
| | 129 | 02/14/2022 | AMENDED DISCOVERY<br>EXHIBIT | |
| | 128 | 02/14/2022 | E-SUBPOENA: MILLER, RENEE                  ID: 030-08057<br>FOR: TRIAL         ON 03/14/2022 AT 09:00  ISSUED BY: CJIS<br>SENT: 02/14/2022 RECD/NOTFD: 02/15/2022 ACKN: 02/15/2022   S | |
| | 127 | 02/14/2022 | E-SUBPOENA: RIVERO, KRISTINA               ID: 030-07206<br>FOR: TRIAL         ON 03/14/2022 AT 09:00  ISSUED BY: CJIS<br>SENT: 02/14/2022 RECD/NOTFD:            ACKN: 02/15/2022   S | |
| | 126 | 02/14/2022 | E-SUBPOENA: BAROSELA, JAIRO                ID: 030-04754<br>FOR: TRIAL         ON 03/14/2022 AT 09:00  ISSUED BY: CJIS<br>SENT: 02/14/2022 RECD/NOTFD: 02/15/2022 ACKN: 02/16/2022   S | |
| | 125 | 02/14/2022 | E-SUBPOENA: MARTINEZ, ARMANDO              ID: 030-04500<br>FOR: TRIAL         ON 03/14/2022 AT 09:00  ISSUED BY: CJIS<br>SENT: 02/14/2022 RECD/NOTFD: 02/15/2022 ACKN: 02/16/2022   S | |
| | 124 | 02/14/2022 | E-SUBPOENA: LUFFI, CARLOS                  ID: 030-04096<br>FOR: TRIAL         ON 03/14/2022 AT 09:00  ISSUED BY: CJIS<br>SENT: 02/14/2022 RECD/NOTFD:            ACKN: 02/14/2022   S | |

| Image | Doc # | Action Date | Description | Pages |
|---|---|---|---|---|
| | 123 | 02/14/2022 | E-SUBPOENA: RODRIGUEZ, GABRIEL                 ID: 030-03411<br>FOR: TRIAL              ON 03/14/2022 AT 09:00  ISSUED BY: CJIS<br>SENT: 02/14/2022 RECD/NOTFD: 02/15/2022 ACKN: 02/23/2022    S | |
| | 122 | 02/14/2022 | E-SUBPOENA: PEREZ, IVETTE                      ID: 030-03199<br>FOR: TRIAL              ON 03/14/2022 AT 09:00  ISSUED BY: CJIS<br>SENT: 02/14/2022 RECD/NOTFD:             ACKN: 02/14/2022    S | |
| | 121 | 02/10/2022 | NOTICE ISSUED TO: DEFN/ATTY/BNDM HRG DATE 03/03/2022 REPORT | |
| | 119 | 02/07/2022 | NOTICE OF UNAVAILABILITY OF COUNSEL | |
| | 118 | 02/02/2022 | DEMAND FOR DISCOVERY | |
| | 117 | 02/02/2022 | DEMAND FOR TRIAL BY JURY<br>AND NOTICE OF PLEA STANDING MUTE | |
| | 116 | 01/31/2022 | AMENDED INFORMATION FILED | |
| | 120 | 01/27/2022 | TRANSCRIPT OF COURT HEARING<br>JANUARY 12, 2022. | |
| | 115 | 01/27/2022 | NOTICE ISSUED TO: DEFN/ATTY/BNDM HRG DATE 01/31/2022 REPORT | |
| | 114 | 01/27/2022 | NOTICE ISSUED TO: DEFN/ATTY/BNDM HRG DATE 01/31/2022 REPORT | |
| | 113 | 01/26/2022 | MOTION TO/FOR:<br>TO STRIKE DEFENSE WITNESS LIST | |
| | 112 | 01/26/2022 | DEFENSE WITNESS LIST<br>AMENDED | |
| | 111 | 01/26/2022 | MOTION TO/FOR:<br>TO STRIKE DEFENSE WITNESS LIST | |
| | 110 | 01/26/2022 | REPORT    RE: STATUS<br>    SET FOR  01/31/2022  AT  09:15 | |
| | 109 | 01/26/2022 | REPORT    RE: NEW INFORMATION<br>    SET FOR  01/31/2022  AT  09:15 | |
| | 108 | 01/24/2022 | NOTICE OF TAKING DEPOSITION | |
| | 107 | 01/21/2022 | NOTICE OF TAKING DEPOSITION | |
| | 106 | 01/13/2022 | NOTICE ISSUED TO: DEFN/ATTY/BNDM HRG DATE 01/26/2022 REPORT | |
| | 105 | 01/13/2022 | NOTICE ISSUED TO: DEFN/ATTY/BNDM HRG DATE 01/26/2022 REPORT | |
| | 104 | 01/12/2022 | RESPONSE TO/FROM:<br>STATE TO DEFENDANT'S MTN FOR STATEMENT OF PARTICULARS | |
| | 103 | 01/12/2022 | REPORT    RE: STATUS<br>    SET FOR  01/26/2022  AT  09:00 | |
| | 102 | 01/12/2022 | REPORT    RE: DISCOVERY<br>    SET FOR  01/26/2022  AT  09:00 | |
| | 101 | 12/22/2021 | NOTICE ISSUED TO: DEFN/ATTY/BNDM HRG DATE 01/12/2022 REPORT | |
| | 100 | 12/13/2021 | DEFENSE ATTY  PRIV-DISCHARGED/QUINTERO, FRANK  A | |
| | 99 | 12/10/2021 | NOTICE OF APPEARANCE<br>JOSE M. QUINON | |
| | 98 | 12/10/2021 | NOTICE OF APPEARANCE<br>JOSE M QUINON, ESQ | |
| | 97 | 12/08/2021 | DEFENSE ATTY  PRIV-DISCHARGED/JAUREGUI, SABINO | |
| | 96 | 12/07/2021 | DEMAND FOR DISCOVERY | |
| | 95 | 12/07/2021 | DEMAND FOR TRIAL BY JURY<br>PLEA STANDING MUT | |
| | 94 | 12/07/2021 | NOTICE OF APPEARANCE<br>FRANK QUINTERO, JR | |
| | 93 | 12/06/2021 | NOTICE OF UNAVAILABILITY OF COUNSEL | |
| | 92 | 12/06/2021 | MOTION TO/FOR:<br>FOR PRETRIAL CONF. | |
| | 89 | 11/17/2021 | NOTICE<br>OF CANCELLATION OF DEPOSITIONS | |
| | 88 | 11/17/2021 | NOTICE OF TAKING DEPOSITION | |
| | 87 | 11/16/2021 | NOTICE OF TAKING DEPOSITION | |
| | 86 | 11/16/2021 | NOTICE OF TAKING DEPOSITION | |
| | 83 | 11/16/2021 | REPORT    RE: MOTIONS<br>    SET FOR  01/12/2022  AT  09:00 | |
| | 91 | 11/15/2021 | NOTICE OF TAKING DEPOSITION | |
| | 90 | 11/15/2021 | NOTICE OF TAKING DEPOSITION | |
| | 82 | 11/10/2021 | MOTION TO/FOR:<br>STRIKE STATE'S WITNESS | |
| | 81 | 11/10/2021 | MOTION TO/FOR:<br>STATEMENT OF PARTICULARS | |
| | 80 | 11/10/2021 | MOTION TO/FOR:<br>STATEMENT OF PARTICULARS | |
| | 79 | 10/28/2021 | MOTION TO/FOR:<br>QUASH SUBPOENAS AND FOR PROTECTIVE ORDER WITH SUPPORTING MEM<br>ORANDUM... | |
| | 78 | 10/28/2021 | MOTION TO/FOR:<br>REQUESTING COMPLIANCE WITH DISCOVERY OBLIGATIONS | |
| | 77 | 10/27/2021 | NOTICE OF TAKING DEPOSITION | |
| | 76 | 10/26/2021 | NOTICE ISSUED TO: DEFN/ATTY/BNDM HRG DATE 11/16/2021 REPORT | |
| | 75 | 10/26/2021 | NOTICE ISSUED TO: DEFN/ATTY/BNDM HRG DATE 11/16/2021 REPORT | |
| | 74 | 10/14/2021 | MOTION  FOR CONTINUANCE<br>FILED 10/14/2021    ORAL<br>SET FOR  10/14/2021  AT  14:13  GRANTED                    STIP | |

| Image | Doc # | Action Date | Description | Pages |
|---|---|---|---|---|
| | 73 | 10/14/2021 | REPORT    RE: TRIAL DATE<br>    SET FOR  11/16/2021  AT  09:00 | |
| | 72 | 10/14/2021 | REPORT    RE: STATUS<br>    SET FOR  11/16/2021  AT  09:00 | |
| | 71 | 10/05/2021 | NOTICE OF TAKING DEPOSITION | |
| | 70 | 10/05/2021 | NOTICE OF TAKING DEPOSITION<br>AMENDED | |
| | 69 | 10/04/2021 | NOTICE ISSUED TO: DEFN/ATTY/BNDM HRG DATE 10/25/2021 TRIAL | |
| | 68 | 09/30/2021 | NOTICE OF TAKING DEPOSITION | |
| | 67 | 09/30/2021 | NOTICE ISSUED TO: DEFN/ATTY/BNDM HRG DATE 10/14/2021 REPORT | |
| | 66 | 09/27/2021 | NOTICE OF TAKING DEPOSITION<br>CANCELLATION | |
| | 65 | 09/27/2021 | E-SUBPOENA: MILLER, RENEE                  ID: 030-08057<br>FOR: TRIAL           ON 10/25/2021 AT 09:00  ISSUED BY: CJIS<br>SENT: 09/27/2021 RECD/NOTFD: 09/27/2021 ACKN: 09/28/2021   S | |
| | 64 | 09/27/2021 | E-SUBPOENA: RIVERO, KRISTINA               ID: 030-07206<br>FOR: TRIAL           ON 10/25/2021 AT 09:00  ISSUED BY: CJIS<br>SENT: 09/27/2021 RECD/NOTFD: 09/27/2021 ACKN: 09/28/2021   S | |
| | 63 | 09/27/2021 | E-SUBPOENA: BAROSELA, JAIRO                ID: 030-04754<br>FOR: TRIAL           ON 10/25/2021 AT 09:00  ISSUED BY: CJIS<br>SENT: 09/27/2021 RECD/NOTFD: 09/27/2021 ACKN: 09/28/2021   S | |
| | 62 | 09/27/2021 | E-SUBPOENA: MARTINEZ, ARMANDO              ID: 030-04500<br>FOR: TRIAL           ON 10/25/2021 AT 09:00  ISSUED BY: CJIS<br>SENT: 09/27/2021 RECD/NOTFD: 09/27/2021 ACKN: 09/28/2021   S<br>SENT:            RECD/NOTFD:            ACKN: 09/28/2021   S | |
| | 61 | 09/27/2021 | E-SUBPOENA: LUFFI, CARLOS                  ID: 030-04096<br>FOR: TRIAL           ON 10/25/2021 AT 09:00  ISSUED BY: CJIS<br>SENT: 09/27/2021 RECD/NOTFD: 09/27/2021 ACKN: 09/28/2021   S | |
| | 60 | 09/27/2021 | E-SUBPOENA: RODRIGUEZ, GABRIEL             ID: 030-03411<br>FOR: TRIAL           ON 10/25/2021 AT 09:00  ISSUED BY: CJIS<br>SENT: 09/27/2021 RECD/NOTFD: 09/27/2021 ACKN:              S | |
| | 59 | 09/27/2021 | E-SUBPOENA: PEREZ, IVETTE                  ID: 030-03199<br>FOR: TRIAL           ON 10/25/2021 AT 09:00  ISSUED BY: CJIS<br>SENT: 09/27/2021 RECD/NOTFD: 09/27/2021 ACKN: 09/28/2021   S | |
| | 58 | 09/23/2021 | NOTICE ISSUED TO: DEFN/ATTY/BNDM HRG DATE 10/14/2021 REPORT | |
| | 57 | 09/16/2021 | NOTICE OF TAKING DEPOSITION | |
| | 56 | 08/23/2021 | MOTION TO/FOR:<br>MODIFICATION OF PRE-TRIAL CONDITION TO ALLOW TRAVEL OUTSIDE.<br>.. | |
| | 55 | 08/16/2021 | DEFENSE WITNESS LIST | |
| | 54 | 08/03/2021 | DEFENSE ATTY  PRIV/HERMIDA, RICARDO P | |
| | 53 | 08/02/2021 | NOTICE OF APPEARANCE<br>RICK HERMIDA,ESQ (AS CO-COUNSEL) | |
| | 52 | 07/29/2021 | NOTICE OF UNAVAILABILITY OF COUNSEL<br>MARY ERNST 8/16/21 - 8/23/21 | |
| | 49 | 07/22/2021 | TRIAL          HEARING SCHEDULED FOR  10/15/2021 AT 09:00<br>TRIAL HEARING RESET | |
| | 48 | 07/22/2021 | MOTION  FOR CONTINUANCE<br>FILED  07/22/2021    ORAL<br>SET FOR  07/22/2021  AT  09:07  GRANTED            PROS | |
| | 47 | 07/22/2021 | REPORT    RE: FELONY SOUNDING<br>    SET FOR  10/14/2021  AT  09:05 | |
| | 46 | 07/12/2021 | NOTICE ISSUED TO: DEFN/ATTY/BNDM HRG DATE 08/02/2021 TRIAL | |
| | 45 | 07/05/2021 | E-SUBPOENA: MILLER, RENEE                  ID: 030-08057<br>FOR: TRIAL           ON 08/02/2021 AT 09:00  ISSUED BY: CJIS<br>SENT: 07/05/2021 RECD/NOTFD: 07/05/2021 ACKN: 07/06/2021   S | |
| | 44 | 07/05/2021 | E-SUBPOENA: RIVERO, KRISTINA               ID: 030-07206<br>FOR: TRIAL           ON 08/02/2021 AT 09:00  ISSUED BY: CJIS<br>SENT: 07/05/2021 RECD/NOTFD:            ACKN: 07/05/2021   S | |
| | 43 | 07/05/2021 | E-SUBPOENA: BAROSELA, JAIRO                ID: 030-04754<br>FOR: TRIAL           ON 08/02/2021 AT 09:00  ISSUED BY: CJIS<br>SENT: 07/05/2021 RECD/NOTFD:            ACKN: 07/05/2021   S<br>SENT:            RECD/NOTFD:            ACKN: 07/26/2021   S | |
| | 42 | 07/05/2021 | E-SUBPOENA: MARTINEZ, ARMANDO              ID: 030-04500<br>FOR: TRIAL           ON 08/02/2021 AT 09:00  ISSUED BY: CJIS<br>SENT: 07/05/2021 RECD/NOTFD: 07/05/2021 ACKN: 07/06/2021   S | |
| | 41 | 07/05/2021 | E-SUBPOENA: LUFFI, CARLOS                  ID: 030-04096<br>FOR: TRIAL           ON 08/02/2021 AT 09:00  ISSUED BY: CJIS<br>SENT: 07/05/2021 RECD/NOTFD:            ACKN: 07/05/2021   S | |
| | 40 | 07/05/2021 | E-SUBPOENA: RODRIGUEZ, GABRIEL             ID: 030-03411<br>FOR: TRIAL           ON 08/02/2021 AT 09:00  ISSUED BY: CJIS<br>SENT: 07/05/2021 RECD/NOTFD: 07/05/2021 ACKN: 07/12/2021   S | |
| | 39 | 07/05/2021 | E-SUBPOENA: PEREZ, IVETTE                  ID: 030-03199<br>FOR: TRIAL           ON 08/02/2021 AT 09:00  ISSUED BY: CJIS<br>SENT: 07/05/2021 RECD/NOTFD:            ACKN: 07/05/2021   S<br>SENT:            RECD/NOTFD:            ACKN: 07/22/2021   S | |
| | 38 | 07/01/2021 | NOTICE ISSUED TO: DEFN/ATTY/BNDM HRG DATE 07/22/2021 REPORT | |
| | 37 | 06/30/2021 | AMENDED DISCOVERY<br>EXHIBIT | |
| | 36 | 05/24/2021 | AMENDED DISCOVERY<br>EXHIBIT | |
| | 35 | 05/14/2021 | STAY AWAY ORDER<br>LETICIA CEPERO | |
| | 34 | 05/14/2021 | STAY AWAY ORDER<br>BERNARDA COLON | |

| Image | Doc # | Action Date | Description | Pages |
|---|---|---|---|---|
| | 33 | 05/14/2021 | STAY AWAY ORDER<br>JOSUE CEPERO | |
| | 32 | 05/14/2021 | STAY AWAY ORDER<br>ANA ALONSO | |
| | 31 | 05/14/2021 | STAY AWAY ORDER<br>RAHMAN ALLI | |
| | 30 | 05/14/2021 | STAY AWAY ORDER<br>DORIA WOSK | |
| | 29 | 05/14/2021 | STAY AWAY ORDER<br>ANA DANTON | |
| | 28 | 05/14/2021 | STAY AWAY ORDER<br>REYNALDO CASTELLANOS | |
| | 27 | 05/14/2021 | MOTION  FOR STAY AWAY ORDER<br>FILED  05/14/2021      ORAL<br>SET FOR  05/14/2021  AT  10:08  GRANTED | |
| | 26 | 05/14/2021 | TRIAL            HEARING SCHEDULED FOR  08/02/2021 AT 09:00 | |
| | 25 | 05/14/2021 | REPORT    RE: FELONY SOUNDING<br>     SET FOR  07/22/2021  AT  09:05 | |
| | 24 | 05/14/2021 | DISC EXHIBIT: STATE'S DEMAND FOR DEFN DISCV/DEMAND FOR ALIBI | |
| | 23 | 04/28/2021 | AFFIDAVIT FOR SEARCH WARRANT, SEARCH WARRANT & RETURN | |
| | 22 | 04/23/2021 | NOTICE ISSUED TO: DEFN/ATTY/BNDM HRG DATE 05/14/2021 ARRGMT | |
| | 21 | 04/22/2021 | INTAKE UNIT ASSIGNED: ECONOMIC CRIMES | |
| | 20 | 04/22/2021 | TRIAL PROS. ASSIGNED: ERNST, MARY | |
| | 19 | 04/16/2021 | BOND RECEIVED<br>2021BB010103 | |
| | 18 | 04/16/2021 | BOND RECEIVED<br>2021BB010102 | |
| | 17 | 04/15/2021 | ARRAIGNMENT       HEARING SCHEDULED FOR  05/14/2021 AT 09:00 | |
| | 16 | 04/15/2021 | 07629   GOMEZ, MAREK H             LNI   AMT/    10000<br>ISSUED       04/15/2021<br>POWER/2021BB010102 | |
| | 15 | 04/15/2021 | 07629   GOMEZ, MAREK H             LNI   AMT/     7500<br>ISSUED       04/15/2021<br>POWER/2021BB010103 | |
| | 14 | 04/15/2021 | STAY AWAY ORDER<br>REGINALD PHILLIPS | |
| | 13 | 04/15/2021 | CURRENT BOND STATUS<br>PC FOUND CT1 7500 CT2 10K NO NEBIA HOLD | |
| | 12 | 04/15/2021 | FIRST APPEARANCE/BOND HEARING - P.M. | |
| | 11 | 04/15/2021 | ATTORNEY TYPE AT BOND HEARING PRIVATE ATTORNEY | |
| | 5 | 04/15/2021 | ARREST WARRANT       ISSUED: 03/30/2021   SERVED  04/15/2021 | |
| | 4 | 04/15/2021 | BOOKING DATE | |
| | 3 | 04/15/2021 | ARREST DATE | |
| | 6 | 04/14/2021 | INFORMATION FILED | |
| | 10 | 04/12/2021 | DEMAND FOR DISCOVERY<br>REQUEST FOR INDICTMENT AND/OR INFORMATION | |
| | 9 | 04/12/2021 | DEMAND FOR TRIAL BY JURY | |
| | 8 | 04/12/2021 | WRITTEN PLEA OF NOT GUILTY | |
| | 7 | 04/12/2021 | NOTICE OF APPEARANCE<br>SABINO JAUREGUI, ESQ. | |
| | 2 | 03/31/2021 | INTAKE UNIT ASSIGNED: ELDER ABUSE | |
| | 1 | 03/31/2021 | INTAKE ATTY ASSIGNED: ERNST, MARY | |

Judge Assignment History

Court Events

Sentences

Financial Summary

Reopen History